1  Tamela L. Kahle
   Nevada Bar No. 0558
2  **KAHLE & ASSOCIATES**
   7660 West Sahara Avenue, Ste.110
3  Las Vegas, Nevada 89117
   Telephone (702) 453-2200
4  Facsimile (702) 453-2201
   Email: tkahle@kahlelawnv.com
5
   Attorneys for Defendant
6  WFM Southern Nevada, Inc.

7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9
                             * * * * *
10

11 SANDRA WALLACE-WALKER,            CASE NO.: 2:15-cv-01740-RCJ-CWH
   individually,
12
                  Plaintiff,         **STIPULATION AND ORDER
13                                   REGARDING ALLEGED DAMAGES**
   vs.
14
   WFM SOUTHERN NEVADA, INC. and
15 DOES 1-30 and ROE BUSINESS
   ENTITIES 1-30, inclusive,
16
                  Defendants.

17
       **STIPULATION AND ORDER REGARDING ALLEGED DAMAGES**
18
       IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through
19
   their respective counsel of record, that Plaintiff is seeking damages in the above referenced matter for
20
   injuries solely to her thoracic and lumbar spine.
21
       Dated this ___ day of Dec., 2015.    Dated this 17th day of Dec., 2015.
22
       CLOWARD HICKS & BRASIER, PLLC       KAHLE & ASSOCIATES
23

24

25 Alison M. Brasier, Esq.                 Tamela L. Kahle, Esq.
   Nevada Bar No. 10522                    Nevada Bar No. 0558
26 721 South 6th Street                    7660 West Sahara Avenue, Suite 110
   Las Vegas, Nevada 89101                 Las Vegas, Nevada 89117
27 Attorneys for Plaintiff                 Attorney for Defendant
   Sandra Wallace-Walker                   WFM Southern Nevada, Inc.
28

1  Submitted by:

2  KAHLE & ASSOCIATES

3  By: /s/ Tamela L. Kahle

4  Tamela L. Kahle
   Nevada Bar No. 0558
5  7660 West Sahara Avenue, Suite 110
   Las Vegas, Nevada  89117
6  Attorneys for Defendant
   WFM Southern Nevada, Inc.

10  IT IS SO ORDERED this 5th day of January, 2016.

13  _____
    ROBERT C. JONES