ALISON BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
4101 Meadows Ln., Ste. 210
Las Vegas, Nevada 89107
Phone (702) 628-9888
Fax    (702) 960-4118
Email: Abrasier@LVAttorneys.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA WALLACE-WALKER, individually,<br><br>Plaintiff,<br>vs.<br><br>WFM SOUTHERN NEVADA, INC.; and DOES 1-30; ROE BUSINESS ENTITIES 1-30, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01740-RCJ-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Alison M. Brasier, Esq. of the law firm of HICKS & BRASIER, PLLC as counsel of record for Plaintiff SANDRA WALLACE-WALKER and Michael E. Sullivan, Esq. of the law firm of ROBISON, SIMONS, SHARP & BRUST for Defendant WFM SOUTHERN NEVADA, INC. as follows:

1. Plaintiff SANDRA WALLACE-WALKER's claims herein against Defendant WFM SOUTHERN NEVADA, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That any outstanding events scheduled with the Court be vacated.

Respectfully submitted this 13th day of ~~February~~ March, 2018.

| | |
|---|---|
| **HICKS & BRASIER, PLLC** | **ROBISON, SIMONS, SHARP & BRUST** |
| By: _____<br>ALISON M. BRASIER, ESQ.<br>Nevada Bar No. 10522<br>721 S. Sixth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: _____<br>MICHAEL E. SULLIVAN, ESQ.<br>Nevada Bar No. 5142<br>71 Washington St.<br>Reno, Nevada 89503<br>*Attorneys for Defendant* |

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 3-21-2018

2